1
2
3
4                                                    **JS-6**
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10  KEITH SHAZAD MALIK,                    Civ. Case No. 2:23-cv-10011-MCS
11                                         Crim. Case No. 2:22-cr-00321-MCS-1
            Petitioner,
12                                         **ORDER RE: MOTION UNDER 28**
13       v.                                **U.S.C. § 2255 TO VACATE, SET**
                                           **ASIDE, OR CORRECT SENTENCE**
14  UNITED STATES OF AMERICA,
15
            Respondent.
16

17

18       Petitioner Keith Shazad Malik moves under 28 U.S.C. § 2255 to vacate, set aside,

19  or correct his sentence. (Mot., Civ. ECF No. 1.)

20       Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the

21  United States District Courts, "[i]f it plainly appears from the motion, any attached

22  exhibits, and the record of prior proceedings that the moving party is not entitled to

23  relief, the judge must dismiss the motion and direct the clerk to notify the moving

24  party."

25       As recognized in the motion, proceedings on Petitioner's direct appeal of the

26  judgment are ongoing. (Mot. 3.) "[F]ederal prisoners must exhaust appellate review

27  prior to filing for habeas relief in the district court." *United States v. LaFromboise*, 427

28  F.3d 680, 686 (9th Cir. 2005) (citing *Feldman v. Henman*, 815 F.2d 1318, 1321 (9th

1  Cir. 1987)). "The district court 'will not review a section 2255 motion until the direct
2  appeal is resolved.'" *Id.* (quoting *United States v. Pirro*, 104 F.3d 297, 298 (9th Cir.
3  1997)). Because Petitioner's direct appeal remains pending, his motion under § 2255 is
4  premature.

5        Petitioner's motion to vacate, set aside, or correct the sentence under 28 U.S.C.
6  § 2255 is dismissed without prejudice. Respondent's motion to dismiss (Civ. ECF No.
7  4) is denied as moot. The Court denies a certificate of appealability because jurists of
8  reason would not find this issue of timeliness debatable. 28 U.S.C. § 2253(c)(2); *Slack*
9  *v. McDaniel*, 529 U.S. 473, 484 (2000).

10

11 **IT IS SO ORDERED.**

12

13  Dated: December 19, 2023

14                                              MARK C. SCARSI
                                                UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28